IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| THE DELAWARE AUCTIONEERS ASSOCIATION, | § § § | No. 456, 2016 |
| Plaintiff-Below, Appellant, | § § § § | |
| | § | Court Below: |
| v. | § § | Superior Court of the |
| DELAWARE REAL ESTATE COMMISSION, | § § § | State of Delaware |
| | § | C.A. No. N15C-04-012 |
| Defendant-Below, Appellee. | § § | |

Submitted:  February 15, 2017
Decided:  February 16, 2017

Before **STRINE**, Chief Justice; **HOLLAND** and **VALIHURA**, Justices.

## **O R D E R**

This 16th day of February 2017, the Court, having considered this matter on the briefs of the parties, has concluded that the same should be affirmed on the basis of and for the reasons assigned by the Superior Court in its decision of August 10, 2016.

NOW, THEREFORE, IT IS HEREBY ORDERED that the judgment of the Superior Court be, and the same hereby is, AFFIRMED.

BY THE COURT:

*/s/ Karen L. Valihura*
Justice